NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ROBERT A. DUBSKY,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5123

---

Appeal from the United States Court of Federal Claims in case no. 05-CV-397, Judge Thomas C. Wheeler.

---

**ON MOTION**

---

## ORDER

Robert A. Dubsky moves without opposition for an extension of time, until October 19, 2012, to file his corrected reply brief electronically, and for an extension of time to file, until October 29, 2012, to file the joint appendix electronically.

Upon consideration thereof,

ROBERT DUBSKY v. US                                          2

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s27